# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SORIN 3T | : | MDL DOCKET NO. 2816 |
| HEATER-COOLER SYSTEM | : | Civil Action No. 1:18-MD-2816 |
| PRODUCTS LIABILITY | : | |
| LITIGATION (NO. II) | : | Judge Christopher E. Conner |
| | : | |
| | : | THIS DOCUMENT RELATES TO: |
| | : | See Exhibit A |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CASES SETTLED UNDER ANAPOL WEISS MASTER SETTLEMENT AGREEMENT

Having confirmed that final settlement payments have been made in each of the matters listed on the attached **Exhibit A**, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby agree and stipulate to the dismissal, with prejudice, of each of the actions listed on **Exhibit A**, as to all Defendants.  Each party to pay its own fees and costs.

US.136802087.02

Dated: February 11, 2022

s/*Sol H. Weiss*

Sol H. Weiss (ID #15925)
Paola Pearson
**Anapol Weiss**
One Logan Square
130 N. 18th St, Suite 1600
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7701
sweiss@anapolweiss.com
ppearson@anapolweiss.com

***Counsel for Plaintiff(s)***

s/*Jared B. Briant*

Jared B. Briant (CO # 35773)
**Faegre Drinker Biddle & Reath LLP**
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Telephone:  303-607-3500
Facsimile:   303-607-3600
jared.briant@faegredrinker.com

Delmar R. Ehrich
M. Joseph Winebrenner
**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
delmar.ehrich@faegredrinker.com
joe.winebrenner@faegredrinker.com

Adam Shienvold (PA # 81941)
**Eckert Seamans Cherin & Mellott, LLC**
213 Market Street, 8th Floor
Harrisburg, PA 17101
Telephone: 717-237-6000
Facsimile: 717-237-6019
Email: ashienvold@eckertseamans.com

***Counsel for Defendant***

2

## <u>CERTIFICATE OF SERVICE</u>

I, Jared B. Briant, hereby certify that on February 11, 2022, the foregoing

Stipulation of Dismissal with Prejudice as to All Cases Settled Under Anapol

Weiss Master Settlement Agreement was filed and made available to all counsel of

record via CM/ECF.

<i>s/Jared B. Briant</i>
Jared B. Briant

3

# EXHIBIT A

| Case | Civil Action No. |
| --- | --- |
| Hester A. Hershey, et al. | 1:17-cv-01768 |
| Richard Whipkey, et al. | 1:17-cv-01233 |
| Matthew Adams, et al. | 1:18-cv-00245 |
| Ennis Bagwell, et al. | 1:18-cv-00255 |
| Van Sidney Blevins, III et al. | 1:18-cv-00235 |
| Carol Bopp, et al. | 1:18-cv-01351 |
| Danna Brackenbury, et al. | 1:18-cv-00264 |
| Kermit Cantrell, et al. | 1:18-cv-00288 |
| Tanika Carter, et al. | 1:18-cv-01459 |
| Kuo Raid Grant Chen, et al. | 1:18-cv-00491 |
| Martin Austin Colson, et al. | 1:18-cv-00234 |
| Robin Crawford, et al. | 1:18-cv-00241 |
| Magaly De La Cruz Gonzalez, et al. | 1:18-cv-01369 |
| Tina DeYoung Smith, et al. | 1:18-cv-00259 |
| Thomas Dezenski, et al. | 1:18-cv-00266 |
| Lorraine Diaz, et al. | 1:18-cv-00240 |
| Duane Eisenberg, et al. | 1:18-cv-00239 |
| Patricia Faeth, et al. | 1:18-cv-00238 |
| Melba Favors, et al. | 1:18-cv-00584 |
| Thomas Fowler, et al. | 1:18-cv-00254 |
| Maria Garver, et al. | 1:18-cv-00272 |
| Earl Gilstrap, et al. | 1:18-cv-00260 |
| Alfonso Goree, et al. | 1:18-cv-00243 |
| Kristine L. Hamilton, et al. | 1:18-cv-00882 |
| Benjamin Haupt, et al. | 1:18-cv-01420 |
| Dennis Jenkins, et al. | 1:18-cv-00246 |
| Felicia Johnson, et al. | 1:18-cv-00258 |
| Jean E. Jones, et al. | 1:18-cv-00581 |
| James Judge, et al. | 1:18-cv-01084 |
| Richard P. Klestinez, et al. | 1:18-cv-01427 |
| Robert M. King, et al. | 1:18-cv-00635 |

US.136802087.02

| Case | Civil Action No. |
|---|---|
| Peter Kuhnmuench, et al. | 1:18-cv-00276 |
| Ken Kvammen, et al. | 1:18-cv-00883 |
| Melvin Mattison, et al. | 1:18-cv-00256 |
| Carol McKinney, et al. | 1:18-cv-00585 |
| Francisco Javier Meza, et al. | 1:18-cv-01035 |
| James Patterson, et al. | 1:18-cv-01621 |
| Debra Prescott, et al. | 1:18-cv-00244 |
| Jennifer Ramirez, et al. | 1:18-cv-00308 |
| Helen Ann Reed, et al. | 1:18-cv-00242 |
| Melanie J. Robel Mazzella, et al. | 1:18-cv-00834 |
| Paul Santore, et al. | 1:18-cv-01418 |
| Bessie Linda Selfridge, et al. | 1:18-cv-00835 |
| Robert Sheely, et al. | 1:18-cv-00263 |
| Terrence A. Smith, et al. | 1:18-cv-00248 |
| Nancy Stewart, et al. | 1:18-cv-00236 |
| Vivian Summerville, et al. | 1:18-cv-01356 |
| Joseph C. Surdi, et al. | 1:18-cv-01512 |
| Sandra M. Susco, et al. | 1:18-cv-00233 |
| Jon Sykes, et al. | 1:18-cv-00232 |
| James R. Teal, et al. | 1:18-cv-00352 |
| Michelle D. Terry, et al. | 1:18-cv-01461 |
| Kathy Thomas, et al. | 1:18-cv-00247 |
| James Thomason, et al. | 1:18-cv-00257 |
| Edward Ray Waddell, et al. | 1:18-cv-00261 |
| Lori Weinacker, et al. | 1:18-cv-00253 |
| Phillip Lamar West, et al. | 1:18-cv-00262 |
| Therese Williams, et al. | 1:18-cv-01036 |
| Ryan Paul Mitchell, Sr. , et al. | 1:18-cv-01647 |
| William Clanton, et al. | 1:18-cv-01620 |
| Keith O'Neal Ford, et al. | 1:18-cv-01649 |
| Gary F. Gerardi, et al. | 1:18-cv-01627 |
| Vanita L. Thompson, et al. | 1:18-cv-01685 |

US.136802087.02

| Case | Civil Action No. |
|------|------------------|
| Anna Upicksoun, et al. | 1:18-cv-01691 |
| John P. Garcia, et al. | 1:18-cv-01881 |
| Armando Lopez, et al. | 1:18-cv-01978 |
| Dolores Harmon, et al. | 1:18-cv-02147 |

6

US.136802087.02